UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| Shane Cutting | : |
| | : |
| | : Civil Action No._____ |
| v. | : |
| | : JURY TRIAL DEMANDED |
| Nathan Morrison | : |
| | : |

## NOTICE OF REMOVAL TO CLERK OF COURT

**NOTICE OF REMOVAL PURSUANT TO 28 U.S.C. § 1441(b) (Federal Question – 28 U.S.C. § 1331); AND U.S.C. § 1446 (Procedure for Removal)**

NOW COMES the Defendant, Nathan Morrison and submits this Notice of Removal pursuant to 28 U.S.C. § 1441(B) (Federal Question – 28 U.S.C. § 1331), and 28 U.S.C. § 1446 (Procedure for Removal), and states the following:

1. Plaintiff commenced a state court action entitled *Shane Cutting v. Nathan Morrison*, Belknap County Superior Court, Docket No. 211-2023-CV-00048, through service upon the Defendant. A true and accurate copy of the Complaint is attached hereto as Exhibit A.

*2.* This civil action is removable under 28 U.S.C. § 1441 because Plaintiff alleges violations of federal law against the Defendant, specifically, pursuant to 42 U.S.C. § 1983. *See* Complaint Count I and II.

3. The United States District Court for the District of New Hampshire has proper subject matter jurisdiction over and is the proper venue for all claims in this action.

4. The time for removal has not expired, as Defendant was not served in this matter until on or after March 7, 2023.

5. A copy of this notice of removal has been sent to Plaintiff (Exhibit B) and to the Coos County Superior Court (Exhibit C).

6. A Civil Cover Sheet is filed herewith (Exhibit D).

Respectfully submitted,

NATHAN MORRISON,

By his Attorneys,

Cullen Collimore Shirley PLLC

Dated:  March 31, 2023            By: /s/ Brian J.S. Cullen
                                        Brian J. S. Cullen, Esquire
                                        NH Bar # 11265
                                        37 Technology Way, Suite 3W2
                                        Nashua, NH  03060
                                        (603) 881-5500
                                        bcullen@cullencollimore.com

## CERTIFICATE OF SERVICE

I certify that a copy of this filing was served via the Court's ECF filing system upon counsel of record and emailed this date to Plaintiff's Counsel.

Dated:  March 31, 2023            /s/ Brian J.S. Cullen
                                        Brian J.S. Cullen, Bar #11265