THE STATE OF NEW HAMPSHIRE
SUPERIOR COURT
BELKNAP COUNTY

    I, Abigail Albee, Clerk of the Superior Court of the State of New Hampshire for the County of Belknap, the same being a court of record having a seal, and having custody of the records of the said Superior Court, do hereby certify that the attached are true copies of the Complaint, Summons on Complaint, Return of Service, Appearance of Brian Cullen, Notice of Removal to Federal District Court in the action case # 211-2023-CV-00048 Shane Cutting v. Nathan Morrison of said Superior Court.

In witness whereof I have hereunto set my hand and affixed the seal of said Superior Court at this 31st day of March A.D. 2023



Clerk of Superior Court

This is a Service Document For Case: 211-2023-CV-00048
Belknap Superior Court
4/4/2023 9:04 AM

Filed
File Date: 2/19/2023 10:26 AM
Belknap Superior Court
E-Filed Document

THE STATE OF NEW HAMPSHIRE

SUPERIOR COURT

211-2023-CV-00048

Belknap County

| | | |
|---|---|---|
| Shane Cutting | | Nathan Morrison |
| *15 Grant Street* | v. | *22 Peabody Street* |
| *Tilton, NH 03276* | | *Tilton, NH 03276* |

---

**COMPLAINT**
*Jury Demanded*

---

NOW COMES the Shane Cutting, by and through counsel, and complains against Nathan Morrison as follows:

*Parties*

1. Plaintiff Shane Cutting is a natural person and a resident of Belknap County.

2. Defendant Nathan Morrison is a natural person and at all times relevant an officer with the Tilton Police Department. He is also a resident of Tilton, NH.

*Jurisdiction and Venue*

3. Jurisdiction to hear a claim for damages is vested in this Court by RSA 491:7.



True Copy Attest

Abigail Albee, Clerk of Court

March 31, 2023

This is a Service Document For Case: 211-2023-CV-00048
Belknap Superior Court
4/4/2023 9:04 AM

4. Venue is appropriate in Belknap County because that is where the Plaintiff currently resides.

*Facts*

5. On the morning of February 20, 2020, Shane Cutting was sitting in front of his house enjoying the late winter sun in pajamas, flip flops, and a tee shirt. He was whittling sticks that would later become pieces of art or furniture.

6. Mr. Cutting paused to walk to the end of his driveway where his empty trash cans stood by the side of the road. When he got to the trash cans, his neighbor came driving toward him, nearly clipping him with the side mirror of his car.

7. Mr. Cutting yelled to the neighbor and two exchanged words. The neighbor drove off and Mr. Cutting walked up the street to continue the conversation.

8. At approximately 8:00 AM Officer William Patten of the Tilton Police Department responded to a call that took him to the neighbor's house on Grant Street in Tilton, NH. Officer Patten parked his car in between Mr. Cutting and the neighbor's house and allowed Mr. Cutting to explain what had happened. Patten

told Cutting to wait outside on the other side of the road while he spoke with the neighbor.

9. Cutting waited on the side of the road opposite the neighbor's house. While there, Officer Nathan Morrison arrived. He immediately confronted Cutting in a hostile manner and demanded that Cutting go home. Cutting refused, saying that Officer Patten told him to wait there.

10. Upon hearing this, Morrison executed a football-style tackle on Cutting into a snowbank. Morrison began jumping up and down on Shane's ribs and knee and beating Shane about his face, shoulders, and kidney area. Shane held his hands up to protect his face and tried to push away Officer Morrison.

11. At one point, Shane was able to grab Morrison's radio and scream for help. Shortly thereafter, Officer Patten came out of the neighbor's house and Morrison stopped the beating. Morrison stood up and screamed "tase him!" Mr. Cutting was then tased multiple times as he writhed in pain in the snow bank.

12. The Officers cuffed Mr. Cutting and took him to the station, where Mr. Cutting was booked and processed.

*Count I - Excessive Force*

13. The preceding paragraphs are hereby incorporated into this Count as if set forth in full.

14. The Fourth Amendment to the United States Constitution guarantees that police will not use more force than necessary to effect any given arrest or other seizure.

15. The tackling, beating, other force that Nathan Morrison employed against Shane Cutting on February 20, 2020 was not necessary to effect an arrest or other seizure, violating Mr. Cutting's right to be free from excessive force.

16. Federal law provides a private right of action when a person is deprived of a federal constitutional right by a person acting under the color of state law. 42 U.S.C. § 1983.

17. At all times relevant to this claim, Defendant Morrison was operating under the authority of the Tilton Police Department and his actions purported to be authorized by state law. Further, a reasonable person in Morrison's position should have known that his acts and omissions violated clearly established law guaranteeing those rights under the Fourth and Fourteenth Amendments to the United States Constitution.

*Count II - Unreasonable Seizure*

18. The preceding paragraphs are hereby incorporated into this Count as if set forth in full.

19. The Fourth Amendment to the United States Constitution guarantees the right to be free from unreasonable seizures. Specifically, it protects the public from being seized by law enforcement without reasonable suspicion that any criminal activity is afoot.

20. When Morrison ordered Cutting to move to his house from a public road, he made a show of authority that restricted Cutting's movement, constituting a seizure under the Fourth Amendment. At the time, Morrison did not have any information to suggest that Cutting was committing, had committed, or was about to commit any crime. The seizure, then, violated Mr. Cutting's Fourth Amendment rights.

21. Federal law provides a private right of action when a person is deprived of a federal constitutional right by a person acting under the color of state law. 42 U.S.C. § 1983.

22. At all times relevant to this claim, Defendant Morrison was operating under the authority of the Tilton Police Department and his actions purported to

be authorized by state law. Further, a reasonable person in Morrison's position should have known that his acts and omissions violated clearly established law guaranteeing those rights under the Fourth and Fourteenth Amendments to the United States Constitution.

*Count III - False Arrest*

23. The preceding paragraphs are hereby incorporated into this Count as if set forth in full.

24. The Fourth Amendment to the United States Constitution guarantees the right to be free from unreasonable seizures. Specifically, it protects the public from being arrested by law enforcement without probable cause that the arrestee has committed any crime.

25. At the time Morrison tackled Cutting, he was attempting to effect an arrest. However, he did not have any evidence to suggest that Cutting had committed any crime. Furthermore, due process requires that Morrison follow the laws of the land in making arrests. New Hampshire law requires that an officer obtain a warrant before making an arrest for a misdemeanor that he did not personally observe. Morrison did not have a warrant. The foregoing constitutes a violation of Mr. Cutting's Fourth Amendment rights.

26. Federal law provides a private right of action when a person is deprived of a federal constitutional right by a person acting under the color of state law. 42 U.S.C. § 1983.

27. At all times relevant to this claim, Defendant Morrison was operating under the authority of the Tilton Police Department and his actions purported to be authorized by state law. Further, a reasonable person in Morrison's position should have known that his acts and omissions violated clearly established law guaranteeing those rights under the Fourth and Fourteenth Amendments to the United States Constitution.

WHEREFORE, Shane Cutting prays this Honorable Court will:

A.    Issue orders of notice to Nathan Morrison;

B.    Empanel a jury to hear the facts of this case;

C.    Award damages, general and specific, in an amount within the jurisdictional limits of this Court;

D.    Award the Plaintiff attorney's fees and costs to the extend allowed by 42 U.S.C. § 1988; and

E.    Grant such other and further relief as may be just and equitable.

Respectfully submitted,

*Shane Cutting*
through counsel:

Dated:  2/19/23                          **/s/ Jared Bedrick, #20438**
                                         CHAMPIONS LAW
                                         170 West Road, Suite 6D
                                         Portsmouth, NH 03801
                                         (603) 436-8100
                                         jared@champions.law

# THE STATE OF NEW HAMPSHIRE
## JUDICIAL BRANCH
SUPERIOR COURT

Belknap Superior Court
64 Court St.
Laconia NH  03246

Telephone: 1-855-212-1234
TTY/TDD Relay: (800) 735-2964
http://www.courts.state.nh.us

## SUMMONS IN A CIVIL ACTION



Case Name:     **Shane Cutting v Nathan Morrison**
Case Number:   **211-2023-CV-00048**

Date Complaint Filed: February 19, 2023
A Complaint has been filed against Nathan Morrison in this Court. A copy of the Complaint is attached.

**The Court ORDERS that ON OR BEFORE:**

| | |
|---|---|
| April 10, 2023 | Shane Cutting shall have this Summons and the attached Complaint served upon Nathan Morrison by in hand or by leaving a copy at his/her abode, or by such other service as is allowed by law. |
| May 01, 2023 | Shane Cutting shall electronically file the return(s) of service with this Court. Failure to do so may result in this action being dismissed without further notice. |
| 30 days after Defendant is served | Nathan Morrison must electronically file an Appearance and Answer or other responsive pleading form with this Court.  A copy of the Appearance and Answer or other responsive pleading must be sent electronically to the party/parties listed below. |

**Notice to Nathan Morrison:** If you do not comply with these requirements you will be considered in default and the Court may issue orders that affect you without your input.

Send copies to:

| | |
|---|---|
| Jared J. Bedrick, ESQ | Champions Law PLLC 170 West Rd Ste 6D Portsmouth NH 03801 |
| Nathan Morrison | 22 Peabody Street Tilton NH  03276 |

BY ORDER OF THE COURT

February 24, 2023

Abigail Albee
Clerk of Court

(1082)



True Copy Attest

Abigail Albee, Clerk of Court

March 31, 2023

NHJB-2678-Se (07/01/2018)

This is a Service Document For Case: 211-2023-CV-00048
Belknap Superior Court
4/4/2023 9:04 AM

# THE STATE OF NEW HAMPSHIRE
## JUDICIAL BRANCH
SUPERIOR COURT

Belknap Superior Court
64 Court St.
Laconia NH  03246

Telephone: 1-855-212-1234
TTY/TDD Relay: (800) 735-2964
http://www.courts.state.nh.us

## SHANE CUTTING
## INSTRUCTIONS FOR SERVICE
## BY THE SHERIFF'S DEPARTMENT

Case Name:    **Shane Cutting v Nathan Morrison**
Case Number:    **211-2023-CV-00048**

**Instructions for: Shane Cutting**

The attached Summons must be sent to the Sheriff's Department for service.  Service must be completed on or before **April 10, 2023**.
**Further action is required by you**
**You must:**
- **Print two copies of the Summons per defendant**
- **Print two copies of the Notice to Defendant per defendant**
- **Print two copies of the Complaint filed with the Court per defendant**
- **Make two packets for service.  Each packet should contain:**
  - **One Summons**
  - **Once Notice for Defendant**
  - **One Complaint filed with the Court**
- **Mail or hand deliver the packets to the Sheriff's Department in the county where each defendant resides.**

**Sheriff Departments in New Hampshire:**

Belknap County Sheriff's Department:          Hillsborough County Sheriff's Department:
Carroll County Sheriff's Department:           Merrimack County Sheriff's Department:
Cheshire County Sheriff's Department:          Rockingham County Sheriff's Department:
Coos County Sheriff's Department:              Strafford County Sheriff's Department:
Grafton County Sheriff's Department:           Sullivan County Sheriff's Department:

**\*If one or more of the parties resides out of state, please click here for the requirements\***
Service must be made upon the defendant before **April 10, 2023**.

If the Sheriff is unable to complete service by **April 10, 2023** you will receive a "Notice of Incomplete Service" from the Sheriff's Department.  You may request that new paperwork be issued by electronically filing a Request for Documents.  There is a fee for this request.

The Sheriff will mail the 'Return of Service' to you.  You MUST electronically file the 'Return of Service' with the court by May 01, 2023.

**If service is not made as directed, no further action will occur and the case may be dismissed by the court.**

NHJB-2678-Se (07/01/2018)

# Important Service Information for Sheriff
## <u>Do not file this with the court</u>
Provide this information to the Sheriff's Department.
See Instructions for Service for more information.
**PLEASE PRINT CLEARLY**

Date: _____          Case #: _____

<u>**Who are you requesting to be served?**</u>
Please provide whatever information you know

Name: _____

Address for service (no P.O. boxes):

_____          APT #: _____

_____

Home phone #: _____     Cell phone #: _____

Sex: ☐ Male   ☐ Female          Race: _____

Last 4 digits of SS#: xxx-xx-  _____  _____  _____  _____          D.O.B. _____

Work name & address:

_____

Special instructions for service (i.e. directions, best time to serve, cautions, etc.):

_____

_____

Vehicle description/license plate:

_____

<u>**Your Information:**</u>
Name (please print): _____

Residential address:                    Mailing address:

_____          _____

_____          _____

Phone number to contact you during business hours:

_____  Alternate #: _____

_____
Signature

♦**IN-HAND SERVICE WILL INCUR EXTRA COSTS DUE TO ADDITIONAL TRAVEL**♦

**SHERIFF OFFICE USE ONLY: (This will vary by Sheriff's Office)**

Fees Paid: $_____ Cash #: _____ Check#: _____
Id#: _____ Waiver: _____ Money Order#: _____ Credit Card: _____
Sheriff File # _____ Authorization #: _____

Instructions for filing the Return of Service:

If you are working with an attorney, they will guide you on the next steps.  If you are going to represent yourself in this action, go to the court's website: www.courts.state.nh.us, select the Electronic Services icon and then select the option for a self-represented party.

1. Select "I am filing into an existing case".  Enter 211-2023-CV-00048 and click Next.

2. When you find the case, click on the link follow the instructions on the screen.  On the "What would you like to file?" screen, select "File Other Document" and choose "Return of Service".

3.  Scan the Return of Service packet and follow the instructions in the electronic filing program to upload the Return of Service to complete your filing.

4. If the sheriff was unable to serve the paperwork, you can request new paperwork by filing a Request for Documents.  On the "What would you like to file?" screen, select "File Other Document" and choose "Request for Reissued Summons" from the menu and upload the Request for Documents form.


**FAILURE TO FILE THESE DOCUMENTS MAY RESULT IN YOUR CASE BEING DISMISSED.**

February 24, 2023                                    Abigail Albee
Date                                                         Clerk of Court

You can access documents electronically filed through our Case Access Portal by going to https://odypa.nhecourt.us/portal and following the instructions in the User Guide.  In that process you will register, validate your email, request access and approval to view your case.  After your information is validated by the court, you will be able to view case information and documents filed in your case.

# THE STATE OF NEW HAMPSHIRE
## JUDICIAL BRANCH
### SUPERIOR COURT

Belknap Superior Court
64 Court St.
Laconia NH 03246

Telephone: 1-855-212-1234
TTY/TDD Relay: (800) 735-2964
http://www.courts.state.nh.us

## NOTICE TO DEFENDANT

Case Name:     **Shane Cutting v Nathan Morrison**
Case Number:   **211-2023-CV-00048**

You have been served with a Complaint which serves as notice that this legal action has been filed against you in the **Belknap Superior Court.**  Review the Complaint to see the basis for the Plaintiff's claim.

Each Defendant is required to electronically file an Appearance and Answer 30 days after service. You may register and respond on any private or public computer.  For your convenience, there is also a computer available in the courthouse lobby.

If you are working with an attorney, they will guide you on the next steps.  If you are going to represent yourself in this action, go to the court's website: www.courts.state.nh.us, select the Electronic Services icon and then select the option for a self-represented party.

1.  Complete the registration/log in process.  Click Register and follow the prompts.

2.  After you register, click Start Now.  Select **Belknap Superior Court** as the location.

3.  Select "I am filing into an existing case".  Enter **211-2023-CV-00048** and click Next.

4.  When you find the case, click on the link and follow the instructions on the screen.  On the "What would you like to file?" screen, select "File a Response to Civil Complaint".  Follow the instructions to complete your filing.

5.  Review your Response before submitting it to the court.

**IMPORTANT:** After receiving your response and other filings the court will send notifications and court orders electronically to the email address you provide.

A person who is filing or defending against a Civil Complaint will want to be familiar with the Rules of the Superior Court, which are available on the court's website: www.courts.state.nh.us.

Once you have registered and responded to the summons, you can access documents electronically filed by going to https://odypa.nhecourt.us/portal and following the instructions in the User Guide.  In that process you will register, validate your email, request access and approval to view your case. After your information is validated by the court, you will be able to view case information and documents filed in your case.

If you have questions regarding this process, please contact the court at 1-855-212-1234.

Filed
File Date: 3/21/2023 9:30 AM
Belknap Superior Court
E-Filed Document

BELKNAP COUNTY SHERIFF'S DEPARTMENT
RETURN OF SERVICE

BELKNAP, SS                                   03/07/2023

I have this day served the within named NATHAN O MORRISON a copy of a
Summons and Complaint by delivering to him in the following manner:  ABODE,
at 22 PEABODY ST, TILTON, NH, at 08:00am.



Deputy Sheriff  Christopher Rideout
Deputy Sheriff
Belknap County Sheriff's Department

| | |
|---|---|
| Service | 30.00 |
| Post & Hand | 1.00 |
| Travel | 11.60 |
| Prepayment | 0.00 |
| | _____ |
| Total | 42.60 |

True Copy Attest

Abigail Albee, Clerk of Court

March 31, 2023

# THE STATE OF NEW HAMPSHIRE
## JUDICIAL BRANCH
### SUPERIOR COURT

Belknap Superior Court
64 Court St.
Laconia NH 03246

Telephone: 1-855-212-1234
TTY/TDD Relay: (800) 735-2964
http://www.courts.state.nh.us

## SUMMONS IN A CIVIL ACTION



Case Name:    **Shane Cutting v Nathan Morrison**
Case Number:  **211-2023-CV-00048**

Date Complaint Filed: February 19, 2023
A Complaint has been filed against Nathan Morrison in this Court. A copy of the Complaint is attached.

### The Court ORDERS that ON OR BEFORE:

| | |
|---|---|
| April 10, 2023 | Shane Cutting shall have this Summons and the attached Complaint served upon Nathan Morrison by in hand or by leaving a copy at his/her abode, or by such other service as is allowed by law. |
| May 01, 2023 | Shane Cutting shall electronically file the return(s) of service with this Court. Failure to do so may result in this action being dismissed without further notice. |
| 30 days after Defendant is served | Nathan Morrison must electronically file an Appearance and Answer or other responsive pleading form with this Court. A copy of the Appearance and Answer or other responsive pleading must be sent electronically to the party/parties listed below. |

**Notice to Nathan Morrison:** If you do not comply with these requirements you will be considered in default and the Court may issue orders that affect you without your input.

Send copies to:

| | |
|---|---|
| Jared J. Bedrick, ESQ | Champions Law PLLC 170 West Rd Ste 6D Portsmouth NH 03801 |
| Nathan Morrison | 22 Peabody Street Tilton NH  03276 |

BY ORDER OF THE COURT

February 24, 2023

Abigail Albee
Clerk of Court

(1082)

NHJB-2678-Se (07/01/2018)

# THE STATE OF NEW HAMPSHIRE
## JUDICIAL BRANCH
### SUPERIOR COURT

Belknap Superior Court
64 Court St.
Laconia NH 03246

Telephone: 1-855-212-1234
TTY/TDD Relay: (800) 735-2964
http://www.courts.state.nh.us

## NOTICE TO DEFENDANT

Case Name:     **Shane Cutting v Nathan Morrison**
Case Number:   **211-2023-CV-00048**

You have been served with a Complaint which serves as notice that this legal action has been filed against you in the **Belknap Superior Court.** Review the Complaint to see the basis for the Plaintiff's claim.

Each Defendant is required to electronically file an Appearance and Answer 30 days after service. You may register and respond on any private or public computer. For your convenience, there is also a computer available in the courthouse lobby.

If you are working with an attorney, they will guide you on the next steps. If you are going to represent yourself in this action, go to the court's website: www.courts.state.nh.us, select the Electronic Services icon and then select the option for a self-represented party.

1. Complete the registration/log in process. Click Register and follow the prompts.

2. After you register, click Start Now. Select **Belknap Superior Court** as the location.

3. Select "I am filing into an existing case". Enter **211-2023-CV-00048** and click Next.

4. When you find the case, click on the link and follow the instructions on the screen. On the "What would you like to file?" screen, select "File a Response to Civil Complaint". Follow the instructions to complete your filing.

5. Review your Response before submitting it to the court.

**IMPORTANT:** After receiving your response and other filings the court will send notifications and court orders electronically to the email address you provide.

A person who is filing or defending against a Civil Complaint will want to be familiar with the Rules of the Superior Court, which are available on the court's website: www.courts.state.nh.us.

Once you have registered and responded to the summons, you can access documents electronically filed by going to https://odypa.nhecourt.us/portal and following the instructions in the User Guide. In that process you will register, validate your email, request access and approval to view your case. After your information is validated by the court, you will be able to view case information and documents filed in your case.

If you have questions regarding this process, please contact the court at 1-855-212-1234.

NHJB-2678-Se (07/01/2018)

Filed
File Date: 2/19/2023 10:26 AM
Belknap Superior Court
E-Filed Document

STATE OF NEW HAMPSHIRE
SUPERIOR COURT                    211-2023-CV-00048

Belknap County

| Shane Cutting | | Nathan Morrison |
| *15 Grant Street* | v. | *22 Peabody Street* |
| *Tilton, NH 03276* | | *Tilton, NH 03276* |

---

### COMPLAINT
*Jury Demanded*

---

NOW COMES the Shane Cutting, by and through counsel, and complains

against Nathan Morrison as follows:

*Parties*

1. Plaintiff Shane Cutting is a natural person and a resident of Belknap

County.

2. Defendant Nathan Morrison is a natural person and at all times relevant

an officer with the Tilton Police Department. He is also a resident of Tilton, NH.

*Jurisdiction and Venue*

3. Jurisdiction to hear a claim for damages is vested in this Court by RSA

491:7.

This is a Service Document For Case: 211-2023-CV-00048
Belknap Superior Court
2/24/2023 1:35 PM

4. Venue is appropriate in Belknap County because that is where the Plaintiff currently resides.

*Facts*

5. On the morning of February 20, 2020, Shane Cutting was sitting in front of his house enjoying the late winter sun in pajamas, flip flops, and a tee shirt. He was whittling sticks that would later become pieces of art or furniture.

6. Mr. Cutting paused to walk to the end of his driveway where his empty trash cans stood by the side of the road. When he got to the trash cans, his neighbor came driving toward him, nearly clipping him with the side mirror of his car.

7. Mr. Cutting yelled to the neighbor and two exchanged words. The neighbor drove off and Mr. Cutting walked up the street to continue the conversation.

8. At approximately 8:00 AM Officer William Patten of the Tilton Police Department responded to a call that took him to the neighbor's house on Grant Street in Tilton, NH. Officer Patten parked his car in between Mr. Cutting and the neighbor's house and allowed Mr. Cutting to explain what had happened. Patten

told Cutting to wait outside on the other side of the road while he spoke with the neighbor.

9. Cutting waited on the side of the road opposite the neighbor's house. While there, Officer Nathan Morrison arrived. He immediately confronted Cutting in a hostile manner and demanded that Cutting go home. Cutting refused, saying that Officer Patten told him to wait there.

10. Upon hearing this, Morrison executed a football-style tackle on Cutting into a snowbank. Morrison began jumping up and down on Shane's ribs and knee and beating Shane about his face, shoulders, and kidney area. Shane held his hands up to protect his face and tried to push away Officer Morrison.

11. At one point, Shane was able to grab Morrison's radio and scream for help. Shortly thereafter, Officer Patten came out of the neighbor's house and Morrison stopped the beating. Morrison stood up and screamed "tase him!" Mr. Cutting was then tased multiple times as he writhed in pain in the snow bank.

12. The Officers cuffed Mr. Cutting and took him to the station, where Mr. Cutting was booked and processed.

*Count I - Excessive Force*

13. The preceding paragraphs are hereby incorporated into this Count as if set forth in full.

14. The Fourth Amendment to the United States Constitution guarantees that police will not use more force than necessary to effect any given arrest or other seizure.

15. The tackling, beating, other force that Nathan Morrison employed against Shane Cutting on February 20, 2020 was not necessary to effect an arrest or other seizure, violating Mr. Cutting's right to be free from excessive force.

16. Federal law provides a private right of action when a person is deprived of a federal constitutional right by a person acting under the color of state law. 42 U.S.C. § 1983.

17. At all times relevant to this claim, Defendant Morrison was operating under the authority of the Tilton Police Department and his actions purported to be authorized by state law. Further, a reasonable person in Morrison's position should have known that his acts and omissions violated clearly established law guaranteeing those rights under the Fourth and Fourteenth Amendments to the United States Constitution.

*Count II - Unreasonable Seizure*

18. The preceding paragraphs are hereby incorporated into this Count as if set forth in full.

19. The Fourth Amendment to the United States Constitution guarantees the right to be free from unreasonable seizures. Specifically, it protects the public from being seized by law enforcement without reasonable suspicion that any criminal activity is afoot.

20. When Morrison ordered Cutting to move to his house from a public road, he made a show of authority that restricted Cutting's movement, constituting a seizure under the Fourth Amendment. At the time, Morrison did not have any information to suggest that Cutting was committing, had committed, or was about to commit any crime. The seizure, then, violated Mr. Cutting's Fourth Amendment rights.

21. Federal law provides a private right of action when a person is deprived of a federal constitutional right by a person acting under the color of state law. 42 U.S.C. § 1983.

22. At all times relevant to this claim, Defendant Morrison was operating under the authority of the Tilton Police Department and his actions purported to

be authorized by state law. Further, a reasonable person in Morrison's position should have known that his acts and omissions violated clearly established law guaranteeing those rights under the Fourth and Fourteenth Amendments to the United States Constitution.

*Count III - False Arrest*

23. The preceding paragraphs are hereby incorporated into this Count as if set forth in full.

24. The Fourth Amendment to the United States Constitution guarantees the right to be free from unreasonable seizures. Specifically, it protects the public from being arrested by law enforcement without probable cause that the arrestee has committed any crime.

25. At the time Morrison tackled Cutting, he was attempting to effect an arrest. However, he did not have any evidence to suggest that Cutting had committed any crime. Furthermore, due process requires that Morrison follow the laws of the land in making arrests. New Hampshire law requires that an officer obtain a warrant before making an arrest for a misdemeanor that he did not personally observe. Morrison did not have a warrant. The foregoing constitutes a violation of Mr. Cutting's Fourth Amendment rights.

26. Federal law provides a private right of action when a person is deprived of a federal constitutional right by a person acting under the color of state law. 42 U.S.C. § 1983.

27. At all times relevant to this claim, Defendant Morrison was operating under the authority of the Tilton Police Department and his actions purported to be authorized by state law. Further, a reasonable person in Morrison's position should have known that his acts and omissions violated clearly established law guaranteeing those rights under the Fourth and Fourteenth Amendments to the United States Constitution.

WHEREFORE, Shane Cutting prays this Honorable Court will:

A.    Issue orders of notice to Nathan Morrison;

B.    Empanel a jury to hear the facts of this case;

C.    Award damages, general and specific, in an amount within the jurisdictional limits of this Court;

D.    Award the Plaintiff attorney's fees and costs to the extend allowed by 42 U.S.C. § 1988; and

E.    Grant such other and further relief as may be just and equitable.

Respectfully submitted,

*Shane Cutting*
through counsel:

Dated: 2/19/23

/s/ **Jared Bedrick, # 20438**
CHAMPIONS LAW
170 West Road, Suite 6D
Portsmouth, NH 03801
(603) 436-8100
jared@champions.law

Filed
File Date: 3/31/2023 12:07 PM
Belknap Superior Court
E-Filed Document

# THE STATE OF NEW HAMPSHIRE
## JUDICIAL BRANCH
### http://www.courts.state.nh.us

Court Name: **Belknap Superior Court**

Case Name: **Shane Cutting v. Nathan Morrison**

Case Number: **211-2023-CV-00048**
(if known)

## APPEARANCE/WITHDRAWAL

**APPEARANCE**

Type of appearance (Select One)

☑ Appearance                    ☐ Limited Appearance *(Civil cases only)*

If limited appearance, scope of representation:

_____

_____

_____

_____

Select One:

☑ As Counsel for:

**Nathan Morrison**            **22 Peabody Street, Tilton, NH  03276**
(Name)                                    (Address)                                    (Telephone Number)

(Name)                                    (Address)                                    (Telephone Number)

(Name)                                    (Address)                                    (Telephone Number)

☐ I will represent myself (*self-represented*)

**WITHDRAWAL**

As Counsel for _____  _____  _____

Type of Representation: (Select one)

☐ Appearance:

　　☐ Notice of withdrawal was sent to my client(s) on: _____ at the following address:

　　_____

　　☐ A motion to withdraw is being filed.

☐ Limited Appearance: (Select one)

　　☐ I am withdrawing my limited appearance as I have completed the terms of the limited representation.

　　☐ The terms of limited representation have not been completed. A motion to withdraw is being filed.

True Copy Attest

Abigail Albee, Clerk of Court

March 31, 2023

This is a Service Document For Case: 211-2023-CV-00048
Belknap Superior Court
4/4/2023 9:04 AM

**APPEARANCE/WITHDRAWAL**

---

**For non e-filed cases:**

I state that on this date I am ☐ mailing by U.S. mail, or ☐ Email (only when there is a prior agreement of the parties to use this method), or ☐ hand delivering a copy of this document to:

_____      _____
Other party                                                    Other party's attorney

---

**OR**

**For e-filed cases:**

☑   I state that on this date I am sending a copy of this document as required by the rules of the court.  I am electronically sending this document through the court's electronic filing system to all attorneys and to all other parties who have entered electronic service contacts (email addresses) in this case.  I am mailing or hand-delivering copies to all other interested parties.

---

**Brian J.S. Cullen, Esquire**                             **/s/ Brian J. S. Cullen**                **03/31/2023**
Name of Filer                                                       Signature of Filer                               Date

**Cullen Collimore Shirley, pllc   11265**          **(603) 881-5500**
Law Firm, if applicable          Bar ID # of attorney       Telephone

**37 Technology Way, Suite 3W2**                         **bcullen@cullencollimore.com**
Address                                                                  E-mail

**Nashua**                      **NH**            **03060**
City                                  State             Zip code

Filed
File Date: 3/31/2023 12:07 PM
Belknap Superior Court
E-Filed Document

THE STATE OF NEW HAMPSHIRE

BELKNAP, SS                                                    SUPERIOR COURT

Shane Cutting

v.

Nathan Morrison

Docket No.  211-2023-CV-00048

## NOTICE OF REMOVAL TO BELKNAP COUNTY SUPERIOR COURT

To:    Abigail Albee, Clerk
       Belknap County Superior Court
       64 Court Street, Suite 5
       Laconia, NH  03246-3682

Take notice that under 28 U.S.C. §1446 we have this day filed in the Clerk's Office of the

United States District Court for the District of New Hampshire, Concord, New Hampshire, a

Petition of Removal of this case, as shown by copy attached.

The Notice and the Petition are being filed with the Clerk of said United States District

Court, which effects the Removal, and in accordance with the above statute, the State Court should

proceed no further herein unless and until the case is remanded.

Respectfully submitted,

**NATHAN MORRISON,**

By his Attorneys,

Cullen Collimore Shirley PLLC

Dated:  March 31, 2023                    By:/s/ Brian J.S. Cullen
                                          Brian J. S. Cullen, Esquire - NH Bar # 11265
True Copy Attest                          37 Technology Way, Suite 3W2
                                          Nashua, NH  03060
                                          (603) 881-5500
Abigail Albee, Clerk of Court             bcullen@cullencollimore.com
    March 31, 2023

**<u>CERTIFICATE OF SERVICE</u>**

I certify that a copy of this filing was served via the Court's ECF filing system upon counsel of record and by email to Plaintiff's Counsel

Dated:  March 31, 2023                    /s/ Brian J.S. Cullen
                                          Brian J.S. Cullen, Bar #11265